# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| JACQUELINE MCAFERTY, individually and on behalf of all others similarly situated;<br><br>         Plaintiff,<br>v.<br><br>ELON MUSK & AMERICA PAC,<br><br>         Defendant. | Case No.: 1:24-cv-1346-RP<br><br>**CLASS ACTION COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION TO EXTEND DEADLINE FOR**
**PLAINTIFF TO RESPOND TO DEFENDANTS' MOTION TO DISMISS**

Plaintiff Jacqueline McAferty, individually and on behalf all others similarly situated, hereby stipulates with Defendants, Elon Musk and America Pac to extend Plaintiff's deadline to respond to Defendant's Motion to Dismiss, until Monday, February 17, 2025, and would respectfully show as follows:

1.  Defendants filed their Motion to Dismiss on January 24, 2025 [Dkt. 5].

2.  Plaintiff's response to the Motion is currently due February 7, 2025, pursuant to the local rules of the United States District Court for the Western District of Texas.

3.  The parties have conferred and agree to extend the deadline for Plaintiff to file her response to Defendants' Motion to Dismiss to **Monday, February 17, 2025**.

4.  This extension is sought in good faith and not for the purpose of delay.

5.  No hearings are currently scheduled in this matter, and this extension will not impact any court deadlines.

Date: January 29, 2025                                                         Respectfully submitted,

1

/s/ Jarrett L. Ellzey
Jarrett L. Ellzey
Texas Bar No. 24040864
jellzey@eksm.com
Leigh S. Montgomery
Texas Bar No. 24052214
lmontgomery@eksm.com
**EKSM, LLP**
4200 Montrose, Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

Josh Sanford
Texas Bar No. 24077588
josh@sanfordlawfirm.com
**SANFORD LAW FIRM PLLC**
10800 Financial Centre Pkwy, Ste 510
Little Rock, Arkansas 72211
Telephone: (501) 221-0088
Facsimile: (888) 787-2040

**ATTORNEYS FOR PLAINTIFF**

and
/s/Anna Marie Mackin*
Anne Maire Mackin
Texas State Bar No. 24078898
Vantage Legal PLLC
P.O. Box 241016
Austin, Texas 78734
Phone: (512) 354-1785
amackin@vantage.network

Andy Taylor
Texas State Bar No. 19727600
ANDY TAYLOR & ASSOCAITES, P.C.
2628 Highway 36@, #288
Brenham, Texas 77833
Phone: (713) 412-4025
ataylor@andytaylorlaw.com

**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

I certify a copy of the foregoing document was filed in accordance with the protocols for e-filing in the United States District Court for the Western District of Texas on January 29, 2025 and served on all counsel of record who have appeared and consented to electronic notification *via* CM/ECF.

                                        */s/Jarrett L. Ellzey*
                                        Jarrett L. Ellzey