IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACQUELINE MCAFERTY, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, et al., <br><br> Defendants. | § § § § § § § § § § § § | 1:24-CV-1346-RP |
| JOY HARVICK, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> ELON MUSK, et al., <br><br> Defendants. | § § § § § § § § § § § § § | 1:24-CV-1373-RP |

**ORDER**

**IT IS ORDERED** that Plaintiff Jacqueline McAferty's Motion to Modify Protective Order to Permit Discovery Sharing, (No. 1:24-CV-1346-RP, Dkt. 40), and Amended Motion to Extend Scheduling Order, (No. 1:24-CV-1346-RP, Dkt. 41), are **REFERRED** to United States Magistrate Judge Susan Hightower for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

**IT IS FURTHER ORDERED** that Plaintiff Joy Harvick's Motion to Extend Scheduling Order, (No. 1:24-CV-1373-RP, Dkt. 36), Motion to Modify Protective Order to Permit Discovery

1

Sharing, (No. 1:24-CV-1373-RP, Dkt. 37), and Motion to Compel Deposition and Responses to Discovery, (No. 1:24-CV-1373-RP, Dkt. 44), are **REFERRED** to United States Magistrate Judge Susan Hightower for disposition pursuant to 28 U.S.C. § 636(b)(1)(A), Federal Rule of Civil Procedure 72, and Rule 1(c) of Appendix C of the Local Rules of the United States District Court for the Western District of Texas.

    **SIGNED** on March 9, 2026.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE