IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

JACQUELINE MCAFERTY, individually
and on behalf of others similarly situated,
    *Plaintiff*,

vs.

ELON REEVE MUSK & AMERICA PAC,
    *Defendants*.

§
§
§
§
§
§
§
§
§
§
§

No. 1:24-cv-1346-RP

---

**PLAINTIFF'S NOTICE OF FILING OF EXHIIBITS**

Plaintiff Jacqueline McAferty hereby submits *Plaintiff's Notice of Filing of Exhibits* to her Response to Defendants Elon Reeve Musk and America Pac's Motion for Summary Judgment, as follows:

1.    Plaintiff Jacqueline McAferty hereby files the attached exhibits in support of her Response in Opposition to Defendants' Motion for Summary Judgment [Dkt. 52], which was filed pursuant to the Court's Order granting Plaintiff leave to exceed the page limit.

2.    These exhibits, filed concurrently with this instrument, correspond to the citations contained in Plaintiff's Response as follows:

**APPENDIX OF EXHIBITS**

**Exhibit 1** – Deposition of Jacqueline McAferty
**Exhibit 2** – Deposition of Chris Young
**Exhibit 3** – Petition Portal Screenshots
**Exhibit 4** – Declaration of Jarrett L. Ellzey
**Exhibit 5** – Defendants' Responses to First Set of Interrogatories
**Exhibit 6** – Plaintiff's Discovery Deficiency Letters

2

**Exhibit 7** – Defendants' Responses to Discovery Deficiency Letter
**Exhibit 8** – Screenshot of Arizona Voter Registration Portal
**Exhibit 9** – Declaration of Michael Kolenc

Dated: March 31, 2026

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey
Texas Bar No. 24040864
Federal I.D. No. 37369
Leigh Montgomery
Texas Bar No. 24052214
Federal I.D. No. 991301
**ELLZEY KHERKHER SANFORD
MONTGOMERY, LLP**
4200 Montrose Blvd, Suite 200
Houston, Texas 77006
Telephone: (888) 350-3931
Fax: (888) 276-3455
jellzey@eksm.com
lmontgomery@eksm.com

***Attorneys for Plaintiffs***

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using CM/ECF and served via CM/ECF on all counsel of record on this day, the 31st day of March 2026.

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey

3