IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JACQUELINE MCAFERTY, individually and on behalf of others similarly situated, *Plaintiff*, | § | |
| vs. | § | No. 1:24-cv-01346-RP |
| ELON REEVE MUSK & AMERICA PAC, *Defendants*. | § | |

**NOTICE OF SETTLEMENT AND REQUEST
FOR A STAY OF ALL PROCEEDINGS**

Plaintiff in the above-caption case, Jacqueline McAferty (Plaintiff), and Defendants in the above-caption case, Elon Reeve Musk and America PAC (Defendants), (collectively, the Parties) by and through their respective counsel of record, hereby inform the Court as follows:

The Parties have reached a Settlement and respectfully request that the Court vacate all deadlines and stay further proceedings for a period of thirty (30) days to allow the Parties to finalize and execute the settlement agreement and file a Motion for Preliminary Approval.

Respectfully submitted,

**ELLZEY KHERKHER SANFORD
MONTGOMERY, LLP**

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey
Texas Bar No. 24040864
jellzey@eksm.com
Leigh S. Montgomery
Texas Bar No. 24052214
lmontgomery@eksm.com
Tyler C. Yagman -*pro hac vice*
tyagman@eksm.com
4200 Montrose Blvd., Suite 200
Houston, Texas 77006
Phone: (888) 350-3931
Fax: (888) 276-3455

**COUNSEL FOR PLAINTFF**

*/s/ Anne Marie Mackin**
Anne Marie Mackin
Texas State Bar No. 24078898
Nadin Rabelo Linthorst-*pro hac vice*
Jesse Vazquez *pro hac vice*
Andy Taylor
Texas State Bar No. 19727600
**LEX POLITICA PLLC**
P.O. Box 341015
Austin, Texas 78734
Phone: (512)354-1785
amackin@lexpolitica.com
nlinthorst@lexpolitica.com
jvazquez@lexpolitica.com
ataylor@andytaylorlaw.com

**COUNSEL FOR DEFENDANTS**

**with permission*

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rules of Civil Procedure 5(d). I hereby certify that on October 15, 2026, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide notice to all counsel of record.

*/s/ Jarrett L. Ellzey*
Jarrett L. Ellzey